NUMBER 13-07-138-CV


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


_______________________________________________________


MARK A. CANTU, ET AL., Appellants,


v.



CITY OF McALLEN, ET AL., Appellees.

_______________________________________________________ 


On appeal from the 332nd District Court


of Hidalgo County, Texas.


_____________________________________________________ __ 


MEMORANDUM OPINION


 

Before Justices Yañez, Rodriguez, and Garza


Memorandum Opinion Per Curiam


 Appellants, MARK A. CANTU, ET AL., perfected an appeal from a judgment
entered by the 332nd District Court of Hidalgo County, Texas, in cause number T-034-99-F. After the record and briefs were filed and after the cause was set for
submission without oral argument, the parties filed a joint motion to dismiss the
appeal. In the motion, the parties state that the taxes, penalties, interest and costs
adjudged to be owing by appellants to appellees by the judgment in the trial court have
been paid and satisfied in full. Accordingly, the parties state that this appeal should
be dismissed as moot. The parties request that the appeal be dismissed and that costs
on appeal be taxed against the party incurring same.

 The Court, having considered the documents on file and the joint motion to
dismiss the appeal, is of the opinion that the motion should be granted. The joint
motion to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and 

filed this the 16th day of August, 2007.